**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| UNIFORMED PROFESSIONAL<br>FIRE FIGHTERS ASSOCIATION OF CONNECTICUT, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>3M COMPANY (f/k/a MINNESOTA MINING AND MANUFACTURING COMPANY), et al.,<br><br>Defendants. | Civil No. 3:24-cv-01101 (AWT) |

**JOINT STATUS REPORT REGARDING PLAINTIFFS' MOTION TO AMEND THE DISCOVERY AND SCHEDULING ORDER**

In accordance with this Court's July 24, 2026 Order (ECF No. 417), Plaintiffs and Defendants Safety Components Fabric Technologies, Inc. ("SCFTI") and Southern Mills, Inc. d/b/a TenCate Protective Fabrics ("Southern Mills") submit this Joint Status Report concerning Plaintiffs' request to amend the Discovery and Scheduling Order previously entered on March 31, 2026. (ECF No. 385).

As directed by this Court, following the July 24, 2026 hearing, Plaintiffs, SCFTI, Southern Mills and Dupont have continued to meet-and-confer in good faith regarding Plaintiffs' request to extend the Discovery and Scheduling Order, including a virtual meet-and-confer conference on July 28, 2026.[1] The parties report they have come to an agreement, and propose that the Discovery and Scheduling Order be extended as follows:

[1] All defendants who previously moved to dismiss pursuant Fed. R. Civ. P. 12(b)(2) ("12(b)(2) Defendants") were invited to attend the meet-and-confer conference.

1. Deposition discovery directed to the topic of personal jurisdiction shall be completed by September 1, 2026.

2. Any defendant that wishes to contest personal jurisdiction, and that wishes to file a renewed motion under Fed. R. Civ. P. 12(b)(2), shall do so on or before October 16, 2026.

All 12(b)(2) Defendants consent to the proposed extension.

Respectfully submitted,

*/s/ Jennifer Sclar*
JENNIFER SCLAR (ct31554)
IAN W. SLOSS (ct31244)
SILVER GOLUB & TEITELL LLP
ONE LANDMARK SQUARE, FLOOR 15
STAMFORD, CT 06901
Tel. (203) 325-4491
jsclar@sgtlaw.com
isloss@sgtlaw.com

*Attorneys for Plaintiffs individually, on their own behalf and on behalf of all others similarly situated*

*/s/ Jason R. Benton*
Jason R. Benton (NC State Bar No. 27710)
*Admitted Pro Hac Vice*
PARKER POE ADAMS & BERNSTEIN LLP
620 South Tryon Street, Suite 800
Charlotte, NC 28202
(704) 372-9000 - Phone
(704) 334-4706 - Facsimile
jasonbenton@parkerpoe.com

Robert Osborne, Esq. (SC State Bar No. 101827)
*Admitted Pro Hac Vice*
PARKER POE ADAMS & BERNSTEIN LLP
200 Meeting Street, Suite 301
Charleston, South Carolina 29401
(843) 727-2662 - Phone

*/s/ James F. Bogan III*
James F. Bogan III (*pro hac vice*)
Georgia Bar No. 065220
Bennett T. Richardson (*pro hac vice*)
Georgia Bar No. 974586
KILPATRICK TOWNSEND & STOCKON LLP
1100 Peachtree Street NE, Suite 2800
Atlanta, GA 30309-4528
Telephone: (404) 815-6467
Facsimile: (404) 541-3133
jbogan@ktslaw.com
btrichardson@ktslaw.com

Fatima Lahnin (ct24096)
CARMODY TORRANCE SANDAK & HENNESSEY LLP
195 Church Street
P.O. Box 1950
New Haven, CT 06509
Telephone: (203) 777-5501
Facsimile: (203) 784-3199
flahnin@carmodylaw.com

*Counsel for Defendant Southern Mills, Inc. d/b/a Tencate Protective Fabrics*

robertosborne@parkerpoe.com

Anthony J. Natale (ct08451)
Angela M. Vickery-Davis (ct30708)
NATALE & WOLINETZ
116 Oak Street
Glastonbury, CT 06033
860-430-1802 - Phone
anatale@natalelawfirm.com
avickery@natalelawfirm.com

*Counsel for Defendants Elevate Textiles, Inc. and Safety Components Fabric Technologies, Inc.*

Dated: July 29, 2026